UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
1:11 po 03

UNITED STATES OF AMERICA
V
ONA JANE DE ALCANTARA

FILED
ASHEVILLE, NC
FEB - 1 2012
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

# ORDER TO RELEASE MEDICAL RECORDS

THE COURT, having considered the request of Frank G. Johns clerk of court (the "Requesting Party") and for good cause shown, hereby orders Mission Hospitals, Inc. ("Mission") to release the following medical records:

Patient's Full Name: M. E. N.
Patient Date of Birth: X-X-92
Date(s) of Service Needed: 11-5-11
Parts of Record to be Released: ☐ Basic package (dictation, laboratory results, radiology results, and records of special procedures) or ☒ Entire record or ☐ Other
Purpose of Release: legal

As provided in 45 C.F.R. § 164.512(e), Mission is required and permitted to release to the Requesting Party only those medical records specifically identified above.

To the extent that the medical records identified above are protected from disclosure by the federal drug and alcohol records laws and regulations codified at 42 U.S.C. § 290dd-2 et seq. and 42 C.F.R. § 2.61 et seq., respectively ("Drug and Alcohol Treatment Records"), the Court specifically finds that the public interest and the need for disclosure of the Drug and Alcohol Treatment Records outweigh the injury to the patient, the physician-patient relationship, and to the treatment services. However, in order to protect the Drug and Alcohol Treatment Records from unauthorized disclosure, the Court imposes the following safeguards:

Signed on this 1ST day of Febry, 2012.

By: _Dennis L. Howell_

Title: United States Magistrate Judge,
Western District of North Carolina

509 Biltmore Avenue, Asheville, North Carolina 28801 (828) 213-1111 www.missionhospitals.org