# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:11 po 03

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| ONA JANE-DeALACANTARA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** has come before the Court, pursuant to a motion filed by counsel for defendant entitled "Motion to Amend Conditions of Release" (#15). At the call of this matter on for hearing it appeared that the government did not object to the request made by defendant. There being no objection, the undersigned will allow the motion.

## ORDER

**IT IS, THEREFORE, ORDERED** that the "Motion to Amend Conditions of Release" (#15) is **ALLOWED** and the conditions of release of defendant are modified as set forth in the Amended Conditions of Release filed on February 17, 2012.

Signed: February 21, 2012

Dennis L. Howell
United States Magistrate Judge