UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11PO3

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ONA JANE DE ALCANTARA, ) | |
| ) | |
| Defendant. ) | |

Pending before the Court is the Government's Motion to Dismiss [# 28]. After the Court sentenced Defendant, but before the Court ruled on the issue of restitution, Defendant died. The Government now moves to dismiss Counts One and Two of the Bill of Information and vacate the Judgment against Defendant. The Court **GRANTS** the Motion [# 28] and **DISMISSES** Counts One and Two of the Bill of Information. The Court also **VACATES** the Judgment [# 27] against Defendant.

Signed: July 26, 2012

Dennis L. Howell
United States Magistrate Judge